THE PEOPLE ex rel. FRANK C. BOEKELL, Respondent, *v.* CHARLES F. MacLEAN et al., Commissioners, etc., Appellants.

(Argued March 14, 1892; decided April 12, 1892.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made January 18, 1892, which reversed an order of the police commissioners of the city of New York dismissing the relator from the police force and reinstated him in his former position.

*W. A. Sweetzer* for appellants.

*Louis J. Grant* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.